Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17166−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Lisa M Taylor
　390 Wheatley Avenue
　Beverly, NJ 08010

Social Security No.:
　xxx−xx−3817

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

　　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 28, 2025.

Dated: October 28, 2025
JAN: mmf

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17166-MEH |
| Lisa M Taylor | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042 |
| 520725502 | + | ARS Account Resolution, Re: Emerg Phys of S Jersey, 1801 NW 66th Ave, Ste 200C, Fort Lauderdale, FL 33313-4508 |
| 520725507 | + | Emergency Physicians of S. Jersey, PO BOX 1109, Minneapolis, MN 55440-1109 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 28 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 28 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520725503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2025 21:12:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520725504 | + | Email/Text: documentfiling@lciinc.com | Oct 28 2025 20:49:00 | Comcast, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 520725505 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2025 21:00:16 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520725506 | ^ | MEBN | Oct 28 2025 20:49:00 | Eastern Account System, Re: Comcast, 75 Glen Rd, Ste 110, Sandy Hook, CT 06482-1175 |
| 520725509 | ^ | MEBN | Oct 28 2025 20:48:46 | Financial Recoveries, Re: Lourdes Medical Center, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 520725508 | ^ | MEBN | Oct 28 2025 20:48:45 | Financial Recoveries, Re: Kennedy Health, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 520725510 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2025 20:50:00 | IRS Insolvency Function, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520725512 | ^ | MEBN | Oct 28 2025 20:49:01 | KML Law Group, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 520725511 | + | Email/Text: bankruptcy@kikoff.com | Oct 28 2025 20:49:00 | Kikoff, Inc, 75 Broadway, Suite 202, San Francisco, CA 94111-1423 |
| 520811801 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 28 2025 20:50:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520725513 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 28 2025 20:50:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520725514 | + | Email/Text: tbussell@njlpscu.org | Oct 28 2025 20:51:00 | NJ Law & Public Safety Credit Union, PO Box 550, Trenton, NJ 08604-0550 |
| 520725515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2025 21:00:21 | Portfolio Recovery Assoc., 120 Corporate |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: plncf13 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| 520793856 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Boulevard, Suite 100, Re: Syncb, Norfolk, VA 23502 |
| | | Oct 28 2025 21:12:05 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 520725517 | + Email/Text: bankruptcy@pseg.com | Oct 28 2025 20:49:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 69 185 644 04; 75 141 582 00, Cranford, NJ 07016-0490 |
| 520725516 | + Email/Text: ecfbankruptcy@progleasing.com | Oct 28 2025 20:51:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 520725518 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2025 21:00:02 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 30, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5