Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-17166 / MEH**

Lisa M Taylor

Petition Filed Date: 07/08/2025
341 Hearing Date: 08/07/2025
Confirmation Date: 10/22/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $500.00 | I1PKF656R1-P | 09/30/2025 | $500.00 | I1NKFWMBFV | 10/31/2025 | $500.00 | I12KS9LTMV-F |
| 12/01/2025 | $500.00 | I11BSGRS3D-I | 01/02/2026 | $500.00 | I18KCVN5P7-F | 02/10/2026 | $500.00 | 55092561373 |

**Total Receipts for the Period:  $3,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M Taylor | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,888.00 | $2,304.00 | $1,584.00 |
| 1 | PSE&G | Unsecured Creditors | $13,556.78 | $0.00 | $13,556.78 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2023-2024 TAX PERIODS | Priority Crediors | $6,298.92 | $0.00 | $6,298.92 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $1,208.10 | $0.00 | $1,208.10 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $4,000.72 | $0.00 | $4,000.72 |
| 5 | New Jersey Housing and Mortgage Finance Agency<br>»» P/390 WHEATLEY AVE/1ST MTG/ORDER 9/3/25 | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $28,816.70 | $0.00 | $28,816.70 |

**Chapter 13 Case No. 25-17166 / MEH**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $2,304.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $233.00 | Arrearages: | $500.00 |
| Funds on Hand: | $463.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or
scan this code to get started.**

