UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

| In Re: | | |
|---|---|---|
| Lisa M. Taylor, | Case No.: | 25-17166-MEH |
| | Chapter: | 13 |
| Debtor. | Hearing Date: | 03/18/2026 |
| | Judge: | Hall |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled                ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 33)

Date: 03/13/2026                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*