UNTIED STATES BANKRUPTC15-Y COURT
DISTRICT OF NEW JERSEY

TO:  JAMES J. WALDRON, CLERK               CASE NO. 25-17166
                                           IN RE:  Lisa Taylor

_____
____ INFORMATION FOR NOTICE OF PRIVATE SALE BY THE DEBTOR ____

        Lisa Taylor , debtor(s) propose to sell certain property of the estate to the person and on the terms described below.
        If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court located at 402 East State Street, Trenton NJ 08608.
        Such Objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).
        If an objection is filed a hearing will held before the Honorable Eamonn J. O'Hagan on April 29, 2026 at 9:00 a.m. at the United Bankruptcy Court courtroom No. _2_
        If no objection to the public sale is filed with the Clerk and served upon the Trustee as required above on or before (date to be fixed by the Court), sale will be consummated as proposed on (date to be fixed by the Court).

        Description of Property:    390 Wheatley Ave, Beverly, NJ
        Proposed Purchaser          Stacey Waller
        Sales price:                $275,000.00

        X____    Pursuant to D.N.J. LBR 6004.5, I request to pay the real estate broker and/or real estate
                 attorney at closing on the terms set forth below.

        Name of Professional:    **Peter E. Zimnis, 1245 Whitehorse Mercerville Rd, Trenton, NJ**
        Amount to be paid:       **$2,050.00 + $50 for court solution if needed.  Fee Application to be
                                 filed if additional fee sought**
        Services Rendered:       **Filing of all motions and applications and representation at closing**

        Name of Professional:
        Amount to be paid:
        Services Rendered:

        Name of Professional:    **Brittany Ellington/Patricia Hogan of Keller Williams**
        Amount to be paid:       **Commission per MLS not to exceed 6% of the purchase price
                                 ($16500) which will be shared with selling agent**
        Services Rendered:       **Listing of house on MLS, showing of house and assisting seller
                                 through all step of closing process**

        Higher and better offers will be received.  They must be in writing and filed with the Clerk prior to the date set for filing objections.
        Request for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:
Name:   Peter E. Zimnis
Address: 1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:_____ 609-581-9353

Submitted By:___/s/ Peter E. Zimnis_____ Position:_____ Phone:_____
Dated:_____