UNTIED STATES BANKRUPTC15-Y COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK

CASE NO. 25-17166
IN RE:  Lisa Taylor

_____

INFORMATION FOR NOTICE OF PRIVATE SALE BY THE DEBTOR

Lisa Taylor  , debtor(s) propose to sell certain property of the estate to the person and on the terms described below.

If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court located at 402 East State Street, Trenton NJ 08608.

Such Objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

If an objection is filed a hearing will held before the Honorable Eamonn J. O'Hagan on April 29, 2026 at 9:00 a.m. at the United Bankruptcy Court courtroom No.  2

If no objection to the public sale is filed with the Clerk and served upon the Trustee as required above on or before (date to be fixed by the Court), sale will be consummated as proposed on (date to be fixed by the Court).

Description of Property:   390 Wheatley Ave, Beverly, NJ
Proposed Purchaser         Stacey Waller
Sales price:               $275,000.00

X     Pursuant to D.N.J. LBR 6004.5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:     **Peter E. Zimnis, 1245 Whitehorse Mercerville Rd, Trenton, NJ**
Amount to be paid:        **$2,050.00 + $50 for court solution if needed.  Fee Application to be filed if additional fee sought**
Services Rendered:        **Filing of all motions and applications and representation at closing**

Name of Professional:
Amount to be paid:
Services Rendered:

Name of Professional:     **Brittany Ellington/Patricia Hogan of Keller Williams**
Amount to be paid:        **Commission per MLS not to exceed 6% of the purchase price ($16500) which will be shared with selling agent**
Services Rendered:        **Listing of house on MLS, showing of house and assisting seller through all step of closing process**

Higher and better offers will be received.  They must be in writing and filed with the Clerk prior to the date set for filing objections.

Request for information about the property to be sold, the prospective purchaser, the price to be paid and other matters should be directed to:
Name:  Peter E. Zimnis
Address: 1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:      609-581-9353

Submitted By:   /s/ Peter E. Zimnis      Position:_____   Phone:_____
Dated:_____

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-17166-EJO

Lisa M Taylor                                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdf905 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042 |
| 520725502 | + | ARS Account Resolution, Re: Emerg Phys of S Jersey, 1801 NW 66th Ave, Ste 200C, Fort Lauderdale, FL 33313-4508 |
| 520725507 | + | Emergency Physicians of S. Jersey, PO BOX 1109, Minneapolis, MN 55440-1109 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520725503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 21:35:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520725504 | + | Email/Text: documentfiling@lciinc.com | Mar 18 2026 21:23:00 | Comcast, 1 Comcast Center, Philadelphia, PA 19103-2899 |
| 520725505 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2026 21:35:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520725506 | ^ | MEBN | Mar 18 2026 21:24:34 | Eastern Account System, Re: Comcast, 75 Glen Rd, Ste 110, Sandy Hook, CT 06482-1175 |
| 520725509 | ^ | MEBN | Mar 18 2026 21:24:41 | Financial Recoveries, Re: Lourdes Medical Center, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 520725508 | ^ | MEBN | Mar 18 2026 21:24:41 | Financial Recoveries, Re: Kennedy Health, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 520725510 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2026 21:24:00 | IRS Insolvency Function, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520725512 | ^ | MEBN | Mar 18 2026 21:24:44 | KML Law Group, 701 Market Street, Suite 50000, Philadelphia, PA 19106-1538 |
| 520725511 | + | Email/Text: bankruptcy@kikoff.com | Mar 18 2026 21:24:00 | Kikoff, Inc, 75 Broadway, Suite 202, San Francisco, CA 94111-1423 |
| 520811801 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 18 2026 21:24:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520725513 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 18 2026 21:24:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 520725514 | + | Email/Text: tbussell@njlpscu.org | Mar 18 2026 21:25:00 | NJ Law & Public Safety Credit Union, PO Box 550, Trenton, NJ 08604-0550 |
| 520725515 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 21:35:24 | Portfolio Recovery Assoc., 120 Corporate |

| | | | |
|---|---|---|---|
| | | | Boulevard, Suite 100, Re: Syncb, Norfolk, VA 23502 |
| 520793856 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 18 2026 21:35:16 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 520725517 | + | Email/Text: bankruptcy@pseg.com | |
| | | Mar 18 2026 21:23:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 69 185 644 04; 75 141 582 00, Cranford, NJ 07016-0490 |
| 520725516 | + | Email/Text: ecfbankruptcy@progleasing.com | |
| | | Mar 18 2026 21:25:00 | Progressive, 11629 South 700 East, Suite 250, Draper, UT 84020-8376 |
| 520725518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 18 2026 21:35:05 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5