UNITED STATE BANKRUPTCY COURT :
DISTRICT OF NEW JERSEY :
Caption in Compliance with D.N.J. LBR 9004-2(c) :
: 
: 
: 
: 
Law Office of Peter E. Zimnis :
1245 Whitehorse Mercerville Rd 412 :
Trenton, NJ 08619 :
609-581-9353 :
Attorney for Debtor :
:    CHAPTER 13
In Re: :
:    CASE NO. 25-17166
LISA TAYLOR :    ADV NO.
: 
Debtors :    HEARING DATE
: 
:    JUDGE

## CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1.  I represent the debtor(s) in the above captioned matter.

2.  On April 4, 2026, I sent a copy of the following pleadings and/or documents to

    the parties listed in the chart below:

    Motion to sell Real Property
    Certification of Debtor
    Order (proposed)

3.  I hereby certify under penalty of perjury that the above documents were sent

    using the mode of service indicated.

            _/s/ Peter E. Zimnis____
            Peter E. Zimnis, Esq.

Dated:

SERVICE LIST

| | | |
|---|---|---|
| UST | Trustee | via efile |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650 | Trustee | via efile |
| Portfolio Recovery Assoc<br>ATTN Corp Officer/Managing Agent<br>POB 41067<br>Norfolk, VA 23541 | creditor | via reg mail |
| Dept of Treasury<br>POB 7346<br>Philadelphia, PA 19101-7346 | creditor | via reg mail |
| PSE&G<br>ATTN Corp Officer/Managing Agent<br>PON 490<br>Cranford, NJ 07016 | creditor | via reg mail |
| Loancare LLC<br>ATTN Corp Officer/Managing Agent<br>3637 Sentara Way<br>Virginia Beach, VA 23452 | creditor | via reg mail |