UNITED STATE BANKRUPTCY COURT :
DISTRICT OF NEW JERSEY :

_____ :
:
:
LAW OFFICES OF PETER E. ZIMNIS :
Whitehorse Executive Center :
1245 Whitehorse Mercerville Rd, Suite 412 :
Trenton, NJ 08619 :
609-581-9353 :
Attorney for Debtor(s) :
:
_____ :   CHAPTER 13
In Re: :
:   CASE NO. 25-17166
LISA TAYLOR :   ADV NO.
:
    Debtors :   HEARING DATE
:
_____:   JUDGE Eamonn J. O'Hagan

**Order Filed on April 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| Recommended Local Form: | Followed | Modified |
| --- | --- | --- |

### ORDER AUTHORIZING RETENTION
### OF PROFESSIONAL

The relief set forth on the following pages, numbered two (2) and three (3) is
hereby **ORDERED**.

**DATED: April 7, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

1

In re:        Lisa Taylor
Case No.:     25-17166

Applicant:    Lisa Taylor

      Trustee:    Chap. 7        Chap. 11        Chap. 13.

      Debtor:    Chap. 11        **X**Chap. 13

      Official Committee of _____

Name of Professional:_ **Brittany Ellington**
Address of Professional        **Keller Williams, 2355 Rt 33, Robbinsville, NJ 08691**

Attorney for:        TrusteeDebtor-in-Possession

      Official Committee of _____

Accountant for:

      Trustee     Debtor-in-Possession

      Official Committee of _____

**X**Other Professional:

      **X**Realtor     Appraiser     Special Counsel  Auctioneer

      Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-17166-EJO

Lisa M Taylor                                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                            User: admin                                            Page 1 of 1

Date Rcvd: Apr 07, 2026                                    Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID                         Recipient Name and Address**
db                           +  Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name                              Email Address**

Albert Russo
                                        docs@russotrustee.com

John Zimnis
                                        on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com

Matthew K. Fissel
                                        on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com
                                        matthew.fissel@brockandscott.com

U.S. Trustee
                                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4