**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, New Jersey 08619
Attorney for Debtor

: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: Case No. 25-17166
: 
: 
: Judge:
: 
: Chapter 13
: 
: 
: 
: 

In re:
LISA TAYLOR

     Debtor

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

**X**      **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

□      **TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**

1.     X     Motion for Relief from Automatic Stay filed **NJHMFA,** creditor,

A hearing has been scheduled for **April 29, 2026** at **9:00 a.m.**

**OR**

□     Motion to dismiss filed by the Standing Chapter 13 Trustee

A hearing has been scheduled for  _____, at   _____ \_\_m.

□     Certification of Default filed by _____,  creditor,

I am requesting a hearing be scheduled on this matter.

**OR**

□     Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing on this matter.

2.  I am objecting to the above for the following reasons (**choose one)**

☐   Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached hereto

☐   Payments have not been made for the following reasons and debtor  proposes repayment as follows **(explain your answer)**_____

_____

_____

**X**   Other (**explain your answer**) _This motion was brought prematurely since a consent order bearing docket #41 was entered into literally days before this motion was filed.  I made my April payment and I am current per the terms of the consent order.  As such, the motion must be denied at no cost to me._

3.  This certification is being made in an effort to resolve the issues raised by **NJHMFA,** the creditor in its motion.

4.  I certify under penalty of perjury that the foregoing is true and correct.

Date: _____                __/s/ Lisa Taylor___

                                                                Debtor's Signature

Date: _____                _____

                                                                Debtor's Signature

**NOTE**

1.  This form must be filed with the court and served upon the standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1 (d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to dismiss.*

2.  This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an order resolving motion to vacate stay and /or dismiss with conditions) or a Trustee's Certification of Default.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled**