UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
LISA TAYLOR

Case Number:     25-17166

Hearing Date:     4/29/2026

Judge:     Eamonn J. O'Hagan

Chapter:     13

| Recommended Local Form: Followed | X ☐Modified |
|---|---|

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 29, 2026**

_Eamonn O'Hagan_

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtor(s)            Lisa Taylor
Case No.             25-17166/EOJ
Caption:             Order Granting Authorization to Transfer Property

At Trenton in the said District

Upon the Debtor's motion for authorization to sell the real property commonly known as 390 Wheatley Ave, Beverly, New Jersey (The Real Property)

IT IS hereby ORDERED as follows:

1. The debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. Sections 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the Real Property unless the liens are otherwise avoided by Court order.  Until such satisfaction, the property is not free and clear of liens.

3. a)      _X___ Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore, these professionals may be paid at closing.        **OR**

   b)      _____ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys upon further order of this Court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. To the extent of proceeds, the amount of $31575.00 is claimed as exempt may paid be to the Debtor without further order of this court.

6. To the extent of proceeds, the _XX___ *balance due on the debtor's chapter 13 plan* shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.  The check shall contain the debtors case number and sent to Albert Russo, PO Box 933, Memphis, TN 38101-0933.  A verified payoff will be ordered from the Chapter 13 Trustee prior to closing.

7. All remaining funds shall be given to the debtor without further order of this Court.

8. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 trustee 20 days after closing

9. The debtor shall file a modified chapter 13 plan within 20 days of the date of closing **n/a**

10. In the event of a short sale, this order does not impair the rights of the lender and the property may be sold only in accordance to any short sale agreements between the debtors and the lien holder. **n/a**

11. Closing shall occur within 60 days of this order or the order is null and void unless extended by mutual consent with the creditor and the Trustee.

12. Other provisions:      Fed. R. Bank. P. 6004(h), which provides for a fourteen (14) day stay of this order is not applicable.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-17166-EJO

Lisa M Taylor                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID**          **Recipient Name and Address**
db               +  Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com |
| Matthew K. Fissel | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4