**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

_____

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

_____

In re:
LISA TAYLOR



        Debtors

_____

: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: 
: Case No.:  25-17166
: 
: Chapter 13
: 
: Judge:  O'Hagan

**Order Filed on June 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**


**ORDER GRANTING ADDITIONAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**


**DATED: June 30, 2026**

_____
        Honorable Eamonn J. O'Hagan
        United States Bankruptcy Judge

**(page 2)**
Debtor:  Lisa Taylor
Case No.:   25-17166  EJO
Caption:  Order Granting Additional Chapter 13 Fees


     The applicant having certified (pursuant to <u>D.NJ LBR</u> 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $999 for services rendered and expenses in the amount of $0 for a total of $999. The allowance shall be payable:


     \_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
          funds on hand
     \_\_\_\_\_   outside the Plan


     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months to allow for payment of aforesaid fee.