**UNITED STATES BANKRUPTCY COURT**           :
**DISTRICT OF NEW JERSEY**                    :
_____       :
Caption in Compliance with D.N.J. LBR 9004-2(c)  :
_____       :
Law Office Peter Zimnis                        :
1245 Whitehorse Mercerville Road               :
Suite 412                                      :
Hamilton, NJ 08619                             :
(609) 581-9353                                 :
_____       :
In re:                                         :
LISA TAYLOR                                    :
                                               :
                                               :
                                               :
          Debtors                              :
                                               : Case No.:  25-17166
                                               :
                                               : Chapter 13
                                               :
_____       : Judge:  O'Hagan

**Order Filed on June 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER GRANTING ADDITIONAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: June 30, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Lisa Taylor
Case No.:   25-17166  EJO
Caption:  Order Granting Additional Chapter 13 Fees


The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $999 for services rendered and expenses in the amount of $0 for a total of $999. The allowance shall be payable:


    ___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
    _____   outside the Plan


The debtor's monthly Plan is not modified, thus the debtor will continue to pay $500 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-17166-EJO

Lisa M Taylor                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID              Recipient Name and Address**
db                      + Lisa M Taylor, 390 Wheatley Avenue, Beverly, NJ 08010-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

**Name                        Email Address**

Albert Russo
    docs@russotrustee.com

John Zimnis
    on behalf of Debtor Lisa M Taylor njbankruptcylaw@aol.com

Matthew K. Fissel
    on behalf of Creditor New Jersey Housing And Mortgage Finance Agency bkgroup@kmllawgroup.com
    matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4