UNITED STATE BANKRUPTCY COURT :
DISTRICT OF NEW JERSEY :
Caption in Compliance with D.N.J. LBR 9004-2(c) :
_____ :
:
:
:
Law Office of Peter E. Zimnis :
1245 Whitehorse Mercerville Rd 412 :
Trenton, NJ 08619 :
609-581-9353 :
Attorney for Debtor :
: CHAPTER 13
_____ :
In Re: :
: CASE NO. 25-17166
LISA TAYLOR : ADV NO.
:
Debtors : HEARING DATE
:
: JUDGE
_____ :

SUPPLEMENTAL CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On July 9, 2026, I sent a copy of the following pleadings and/or documents to the parties

   listed in the chart below:

Motion to sell Property
Certification of debtor
Contract for sale of property (pertinent pages only)
Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.


   _/s/ Peter E. Zimnis____
   Peter E. Zimnis, Esq.

Dated:

**Service List**

| | | |
|---|---|---|
| UST | Trustee | via efile |
| Albert Russo Trustee | Trustee | via efile |
| Matthew K Fissel<br>KML Law Group<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106 | Atty for creditor<br>NJHMFA | via reg mail |
| NJHMFA<br>ATTN Corp Officer/Managing Agent<br>637 S. Clinton Ave<br>Trenton, NJ 08611 | creditor | via  reg mail |