**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

McKENNA, DuPONT, STONE & WASHBURNE

Michael R. DuPont, Esquire (MRD/2077)

PO Box 610

229 Broad Street

Red Bank, NJ 07701-0610

732.741.6681

Counsel for New Jersey Law & Public Safety Credit Union

| | |
|---|---|
| In Re: | Case No. 25-17166 |
| Lisa M. Taylor | Chapter: 13 |
| | Judge: EOJ |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of New Jersey Law & Public Safety Credit Union.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McKENNA, DuPONT, STONE & WASHBURNE
Attention: Michael R. DuPont, Esquire
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
Email: dupont@redbanklaw.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐  All documents and pleadings of any nature.

McKENNA, DuPONT, STONE & WASHBURN, PC
Counsel to New Jersey Law & Public Safety Credit Union

*/s/ Michael R. DuPont, Esquire*
MICHAEL R. DuPONT, Esq.

Dated: July 22, 2026

*new.8/1/15*