Law Offices of Peter E. Zimnis
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

| | | |
|---|---|---|
| LISA TAYLOR | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | CASE NO. 25-17166/EJO |
| | : | OBJECTION TO MOTION |
| | : | TO PAY LATE PROOF OF CLAIM |
| | : | ORAL ARGUMENT: Waived unless opposed |

LISA TAYLOR of full age, being duly sworn upon her oath and according to law, deposes and says:

1. I am the debtor in the above-captioned matter; I am fully familiar with this case and duly authorized to make this certification. Please accept this certification in opposition to pay a late proof of claim.

2. A motion to pay a late filed proof of claim was filed by New Jersey Law and Public Safety Credit Union. It alleges that they did not receive notice of the bankruptcy and now seek to file the proof of claim. While technically correct, the motion is opposed for the reasons stated below.

3. On or about February 2012 they financed a Kia Sedona. Approximately August of 2014 the car was repossessed and subsequently sold at auction. There was a deficiency of $19696.53. The accounting is attached in the movant's exhibits and is accepted at face value.

4. To the best of my recollection, there were no additional payments ever remitted by me in the past 12 years, voluntarily or involuntarily.

5. According to my attorney pursuant to NJSA § 2A:14-1 (2013), recovery upon a contractual claim or liability, express or implied, not under seal, or upon an account other than one which concerns the trade or merchandise between merchant and merchant, their factors, agents and servants, may only be commenced within 6 years of the date of default when the right to the cause of action arose. The collection of this debt is well beyond the statute of limitations.

6. Based upon the aforesaid, I respectfully request that the Court deny the motion to pay the late proof of claim.

7. I certify that the foregoing is true. I am aware that if the certification contains anything that is willfully false, I am subject to punishment.

_/s/ Lisa Taylor_____
Debtor