UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McKENNA, DuPONT, STONE & WASHBURNE, PC
MICHAEL R. Du PONT/2077
229 Broad Street
Red Bank, New Jersey 07701
(732) 741-6681
Attorneys for Creditor, New Jersey Law & Public Safety Credit Union

In Re:

Lisa Taylor

Case No.: 25-17166

Chapter: 13

Hearing Date: 09/02/2026

Judge: EFJO

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Motion to file claim after claims bar date (docket no. 64)

Date: 08/28/2026

/s/ Michael R. DuPont
Signature